## NOTICE REQUIRED BY THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §1692(G) ET SEQ., AS AMENDED

1. The amount of the debt is stated in the attached complaint.

2. The Plaintiff named in the attached summons and complaint is the creditor to whom the debt is owed.

3. If the original creditor is different from the current creditor, the creditor's law firm will provide the debtor with the name and address of the original creditor if requested by the debtor within thirty (30) days of the receipt of this notice.

4. The debt described in the attached complaint and evidenced by the attached promissory note and Mortgage will be assumed to be valid by the creditor's law firm, unless the debtor, within thirty (30) days after the receipt of this notice, disputes, in writing, the validity of the debt or some portion of it.

5. If the debtor notifies the creditor's law firm in writing within thirty (30) days of the receipt of this notice that the debt or any portion of it is disputed, the creditor's law firm will obtain a verification of the debt, and a copy of the verification will be mailed to the debtor by the creditor's law firm.

6. Written requests required by this Act should be addressed to Gladstone Law Group, P.A., Attorneys at Law, 1499 W. Palmetto Park Road, Suite 300, Boca Raton, FL 33486.

7. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

TO ALL DEFENDANTS: PLEASE NOTE EFFECTIVE OCTOBER 13, 2006, 15.U.S.C. §1692(G) OF THE FAIR DEBT COLLECTIONS PRACTICES ACT HAS BEEN AMENDED AS FOLLOWS:

(a) Legal pleadings. Section 809 of the Fair Debt Collection Practices Act is amended by adding at the end the following new subsection:

> "(d) A communication in the form of a formal pleading in a civil action shall not be treated as an initial communication for purposes of subsection (a)."