UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:12-cv-14458-JEM

GINA BATTLE, *on behalf of herself*
*and all others similarly situated*,

      Plaintiff,

v.

GLADSTONE LAW GROUP, P.A.,
*a Florida Professional Association*, and
ROGER N. GLADSTONE, *individually*,

      Defendant.
_____/

## DECLARATION OF GINA BATTLE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

      I, Gina Battle, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

      1.     I am the plaintiff in this lawsuit.

      2.     I was served with the "Notice" attached to the First Amended Class Action Complaint as Exhibit A, which is the subject of this litigation.

      3.     This "Notice" concerns an alleged debt incurred for personal, family, or household purposes, *i.e.*, a promissory note and mortgage on my residence.

      4.     I understand that this lawsuit alleges that Defendants violated a federal law known as the Fair Debt Collection Practices Act ("FDCPA") by adding to the foreclosure complaint a notice that, according to the foreclosure complaint, provided me with the notice required by the FDCPA. The "Notice" required me to dispute, in writing, the debt within 30 days while the summons only gave me 20 days to object to the foreclosure complaint.

5. I understand that this lawsuit alleges violations on behalf of a class defined as (i) all persons with addresses in the State of Florida (ii) to whom Notices in the same form as Exhibit "A" were sent to or served upon any person (iii) in an attempt to collect a debt incurred for personal, family, or household purposes (iv) which were not returned undeliverable by the U.S. Post Office or unserved (v) during the one year period prior to the filing of the original complaint in this action through the date of certification (the "Class").

6. I understand that the class of persons on whose behalf the lawsuit was filed extends back one year prior to the filing of the Complaint in this action.

7. I understand that a class action is a lawsuit brought by at least one person, myself, on behalf of a group of people who have been treated in the same illegal manner by the Defendants.

8. I am willing to be a representative of the class.

9. I understand:

   a) That as a class representative I have the responsibility to see that the lawyers prosecute the case on behalf of the entire class, not just myself.

   b) That I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

   c) That the case cannot be dropped or settled without protecting the class members. This normally means that the other members of the class have to get a fair monetary settlement of their claims.

   d) That the Court has to approve any settlement or disposition on behalf of the class.

10. I have reviewed public records from St. Lucie County and Indian River County and

have seen that the "Notice" served upon me is substantially identical to at least 37 other cases filed by Gladstone Law Group, P.A., most filed under the name Roger N. Gladstone as attorney.

11. I have arranged for my attorneys to advance all costs of this action, including the cost of notification of the class.

12. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to such money as a matter of right, and that I have not been promised or guaranteed money for being the class representative.

13. I am not employed by or related to any of my attorneys, Leo W. Desmond or Scott D. Owens. They will be paid as directed by the Court, if the case is successful, out of Defendants' assets or the funds recovered for the class.

Executed in Vero Beach, Florida on June 12, 2013.

_____
GINA BATTLE