UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:12-cv-14458-JEM

GINA BATTLE, *on behalf of herself
and all others similarly situated*,

    Plaintiff,

v.

GLADSTONE LAW GROUP, P.A.,
*a Florida Professional Association*, and
ROGER N. GLADSTONE, *individually*,

    Defendant.
_____/

## DECLARATION OF LEO WASSNER DESMOND
## IN SUPPORT OF
## MOTION FOR CLASS CERTIFICATION

    I, Leo W. Desmond, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

    1.    I am an attorney representing Plaintiff GINA BATTLE in this matter; I have conferred with my client throughout the instant litigation and my client seeks for my appointment as class counsel for the reasons stated herein.

    2.    I am admitted to the Bars of New York (1994), Florida (1995), and Colorado (1997).  Additionally, I am admitted to practice in the following Federal District Courts:

        The Southern District of Florida;

        The Southern District of New York;

        The Eastern District of New York; and

        The District of New Jersey.

3. I received a Bachelor of Arts from Rollins College (1980), a Masters of Business Administration from Fordham University (Beta Gamma Sigma 1988), and a Juris Doctorate, cum laude, from New York Law School (1994).

4. I co-authored "Determining Excessive Trading Options Accounts: A Synthetic Valuation Approach," 23 U. of Dayton L. Rev., 316 (1997).

5. Prior to embarking into my own practice, I was employed as an associate at two recognized firms specializing in class action litigation: Wolf Haldenstein Adler Freeman & Herz, New York, New York, 1994 to 1995; and Burt & Pucillo, West Palm Beach Florida, 1995 to 1996.

6. Prior to practicing law, I was the Managing Partner of L.W. Desmond & Company and was an options floor trader holding an options membership at the New York Stock Exchange and the American Stock Exchange. Additionally, I was previously a member of the New York Futures Exchange. I have additional managerial experience as I was a Vice President and Director of Risk Analysis for a Merrill Lynch subsidiary prior to practicing law.

7. A partial list of matters in which I served as class counsel is attached as "Exhibit A."

8. With respect to the matter at bar, I have investigated all potential claims in this matter; my investigation includes numerous consultations with my co-counsel, Scott D. Owens, Esq.

9. My law firm will commit all resources, financial, professional and otherwise in order to oversee the adequate administration of the instant class action litigation as well as to protect the best interests of the class.

Executed at Vero Beach, Florida, on June 11, 2013.

/s/Leo W. Desmond
**LEO W. DESMOND, ESQ.**
Florida Bar No.: 0041920
5070 Highway A1A
Suite D
Vero Beach, Florida  32963
Telephone:  772-234-5150
Facsimile:  772-234-5231
lwd@verobeachlegal.com