**EXHIBIT A**

**CLASS AND DERIVATIVE LITIGATION**

The firm presently has served as class or derivative counsel in a variety of actions including, but not limited to:

In re 2TheMart.Com Inc Securities Litigation,
    USDC Central District of California, Civ No. SACV-99-1127 DOC (ANx)

In Re Aames Financial Corp. Securities Litigation,
    USDC Central District of California, Civ. No. 97-6714-CAS (ANX)

Rosenberg, et al. v. Abercrombie & Fitch, et al.,
    USDC Southern District of Ohio, Civ. No. 99-CV-1331

Reiger v. Altris Software, Inc.,
    USDC Southern District of California, Civ. No. 98cv0528-TW (JFS)

In re American Bank Note Holographics, Inc. Securities Litigation,
    USDC Southern District of New York, Civ. No. 99CV412

Mortensen v. AmeriCredit Corp., et al. ,
    USDC Noerthern District of Texas, Civ. No. 99-CV-0789-D

Mills v. Amplidyne, Inc., et al.,
    District of New Jersey, Civ. No. 99-CV-5100

In Re Anadigics, Inc. Securities Litigation,
    USDC District of New Jersey, Civ. No. 98-CV-917

In Re Analytical Surveys, Inc. Securities Litigation,
    USDC Southern District of Indiana, Civ. No. IP00-201 M/S

In Re Anchor Gaming Securities Litigation,
    USDC District of Nevada, Civ No. CV-S-97-1751-DAE (RJJ)

In Re Ancor Communications, Inc. Securities Litigation,
    USDC District of Minnesota, Civ. No. 97-CV-1969 ADM/JGL

In Re Assisted Living Concepts, Inc. Securities Litigation,
    USDC District of Oregon, Civ. No. 99-167-AA

Manavazian, et al. v. ATEC Group, Inc., et al.,
> USDC Eastern District of New York, Civ. No. 99-CV-4993

Burton v. Aurora Foods Inc., et al.,
> USDC Northern District of California, Civ. No. 00-CV-20339

In Re The Baan Company Securities Litigation,
> USDC District of Columbia, Civ. No. 98-2465 (JHG)

In Re Baker Hughes Inc. Securities Litigation
> USDC Southern District of Texas, Civ. No. H-99-4281

In Re Bank One Shareholders Class Actions
> USDC Northern District of Illinois, Civ. No. 00-CV-880

In re Bergen Brunswick Corp Securities Litigation,
> USDC Central District of California, Civ. No. SACV 99-1305 AHS(ANx)

In Re BMC Software Inc. Securities Litigation,
> USDC Southern District of Texas, Civ. No. H-99-0715

In Re Boeing Securities Litigation,
> USDC Western District of Washington, Civ. No. C-97-1715-Z

In Re Boston Scientific Corp. Securities Litigation,
> USDC District of Massachusetts, Civ. No. 98-12239-MLW

In Re Cabletron Systems, Inc. Securities Litigation,
> USDC District of New Hampshire, Civ. No. C-97-542-SD

Sievers v. Candie's Inc., et al.,
> USDC Southern District of New York, Civ. No. 99 Civ. 3618

In Re Capstead Mortgage Corp. Securities Litigation,
> USDC Northern District of Texas, Civ. No. 3:98-CV-1716-L

Ryan, et al v. Carematrix Corp., et al.,
> USDC District of Massachusetts, Civ. No. 99-CV-12477

Garrity v. Caribbean Cigar Company,
> USDC Southern District of Florida, Civ. No. 97-3802-MOORE

Genut v. Carnegie International, et al.,
  USDC District of Maryland, Civ. No. 99-CV-1688

Earle v. Carnival Corporation, et al.,
  USDC Southern District of Florida, Civ. No. 00-CV-1173

Echavarri v. CellStar Corporation, et al.,
  USDC Southern District of Florida, Civ. No. 99-1502

Miller v. Champion Ent Inc, et al.,
  USDC Eastern District of Michigan, Civ. No. 99-CV-74231

In Re CHS Electronics, Inc. Securities Litigation,
  USDC Southern District of Florida, Civ. No. 99-8186-CIV-GOLD

Bird v. COHR, Inc.,
  USDC Central District of California, Civ No. 98-4177 JSL (BQRx)

In Re Command Systems Inc. Securities Litigation,
  USDC Southern District of New York, Civ. No. 98-CIV-3279 (AKH)

Kurtzman, et al. v. Compaq Computer Corp., et al.,
  USDC Southern District of Texas, Civ. No. 99-CV-779

Ganesh, et al. v. Computer Learning Centers, Inc.,
  USDC Eastern District of Virginia, Civ No. CA-98-859-A

In Re Corel Corp. Securities Litigation,
  USDC Eastern District of New York, Civ. No. 98 Civ. 1296 (DRH) (ARL)

In Re Credit Acceptance Corporation Securities Litigation,
  USDC Eastern District of Michigan, Civ. No. 98-70417

In Re Criimi Mae, Inc. Securities Litigation,
  USDC District of Maryland, Civ. No. DKC 98-3373

In Re Crystallex International Corp. Securities Class Action Litigation,
  USDC Southern District of New York, Civ. No. 98 Civ-98-4810 (JM)

In re Curative Health Services, Inc. Securities Litigation,
  USDC Eastern District of New York, Civ. No. CV 99-2074 (LDW)

Cheney v. CyberGuard Corporation,
 USDC Southern District of Florida, Civ. No. 98-6879-CIV-GOLD

In Re Cybermedia Litigation,
 USDC Central District of California, Civ. No. CV98-1811 CBM (Ex)

Wenderhold, et al v. Cylink Corporation, et al,
 USDC Northern District of California, Civ. No. 3:98-CV-4292

In Re Data Systems Network Corporation Securities Litigation,
 USDC Eastern District of Michigan, Civ. No. 98-CV-70854

In Re Delgratia Mining Corporation Securities Litigation,
 USDC District of Nevada, Civ. No. MDL 1201

Jahanforuz, et al v. Detection Systems, et al.,
 USDC Western District of New York, Civ. No. 98-CV-6068

In Re Digital Lightwave, Inc. Securities Litigation,
 USDC Middle District of Florida, Civ. No. 98-152-CIV-T-24-E

Melcher v. Duke & Company, Inc.,
 USDC Southern District of New York, Civ. No. 98 Civ. 1310 (DC)

Wright, et al. v. Engineering Animation, Inc., et al.,
 USDC Southern District of Iowa, Civ. No. 99-CV-10590

In Re Equisure, Inc., Securities Litigation,
 USDC District of Minnesota, Civ. No. 97-2056 RHK/JMM

In Re ESC Medical Systems Ltd. Securities Litigation,
 USDC Southern District of New York, Civ No. 98 Civ. 7530 (MBM)

In re Evans Systems Securities Litigation,
 USDC Southern District of Texas, Civ. No. H-99-2182

In Re Exide Corporation Securities Litigation,
 USDC Eastern District of Michigan, Civ. No. 98-CV-60061-AA

Strategic Risk Management, Inc. v. Federal Express Corporation,
 Supreme Court of the State of New York, Appellate Division, Index No. 97-601135

In Re FirstPlus Financial Group, Inc. Securities Litigation,
 USDC Northern District of Texas, Civ. No. 3:98-CV-2551-L

In Re: Focus Enhancements Inc. Securities Litigation,
 USDC District of Massachusetts, Civ. No. 99-CV-12344

In re FVC.COM, Inc. Securities Litigation,
 USDC Northern District of California, Civ. No. C-99-1815-CRB

In Re Gametech International, Inc. Securities Litigation,
 USDC District of Arizona, Civ. No. 2:98-CV-0268

Hal Bloomberg Trust, et.al. v. Gencor Industries, Inc., et al.,
 USDC Middle District of Florida, Civ. No. 6:99-CV-106

In Re Golden Bear Securities Litigation,
 USDC Southern District of Florida, Civ. No. 98-8520-CIV-HURLEY

In Re Graham-Field Health Products, Inc. Securities Litigation
 USDC Eastern District of New York, Civ. No. 98-CV-1923 (DRH) (ARL)

In Re Green Tree Financial Corp. Stock Litigation,
 USDC District of Minnesota, Civ. No. 97-2666 (JRT/RLE)

Herzog v. GT Interactive Software Corporation, et al.,
 USDC Southern District of New York, Civ No. 98 Civ. 0085 (SHS)

Dandrea v. Hastings Entertainment, et al.,
 USDC Northern District of Texas, Civ. No. 00-CV-760

Bunting, et al. v. HealthCor Holdings, Inc., et al.,
 USDC Northern District of Texas, Civ. No. 398CV0744-L

Norman, et al v. Hi/Fn, Inc., et al.,
 USDC Northern District of California, Civ. No. 99-CV-5384

In Re Home Link Corporation Securities Litigation,
 USDC Southern District of Florida, Civ No. 96-7206-CIV-GONZALES

Kalishman v. Huizenga, et al.,
 Seventeenth Judicial Circuit, Broward County, Florida, Civ. No. 97015659 08 CACE

Rosenberg, et al. v. Hybrid Networks, Inc., et al.,
 USDC Northern District of California, Civ. No. C-98-20956-RMW

TFM Investment v. IBP, Inc., et al.,
 USDC District of Nebraska, Civ. No. 00-CV-106

In Re IKON Office Solutions, Inc. Securities Litigation,
 USDC Eastern District of Pennsylvania, Civ. No. 98-cv-4286 (MK)

In Re Imperial Credit Industries, Inc. Securities Litigation,
 USDC Central District of California, Civ. No. CV 98-8842 SVW

In Re Informix Corp. Securities Litigation,
 USDC Northern District of California, Civ. No. C-97-1289 CRB

Scarborough v. Indus International, et al.,
 USDC Northern District of California, Civ. No. 00-CV-20338

In Re Inso Corp. Securities Litigation,
 USDC District of Massachusetts, Civ. No. 99-10193-WGY

In Re Interneuron Pharmaceuticals Litigation,
 USDC District of Massachusetts, Civ. No. 1:97-12254-REK

Freeland, et al v. Iridium World Comm, et al,
 USDC District of Columbia, Civ. No. 99-CV-01002

Harris, et al. v. Ivax Corporation, et al.,
 U.S. Court of Appeals, 11th Circuit, No. 98-04818

In Re JDA Software Group, Inc.,
 USDC District of Arizona, Civ. No. 2:99-CV-65

Rosenfeld v. Laser Technology, Inc., et al.,
 USDC District of Colorado, Civ. No. 99-N-266

Herzfeld v. Legato Systems, Inc, et al,
 USDC Northern District of California, Civ. No. 00-CV-00533

Funke, et al v. Life Financial Corp., et al,
 USDC Southern District of New York, Civ. No. 99-CV-11877

In Re Livent, Inc. Securities Litigation,
    USDC Southern District of New York, Civ. No. 98-CIV-5686 (RWS)

In re Lucent Technologies Inc. Securities Litigation,
    USDC District of New Jersey, Civ. No. 00-CV-621

Danny Abbott, et al v. Mattel Inc, et al,
    USDC Central District of California, Civ. No. 00-CV-61

In Re: The Maxim Group, Inc. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 99-CV-1280

In Re McKesson HBOC, Inc. Securities Litigation,
    USDC Northern District of California, Civ. No. C-99-20743-RMW

In Re Med/waste, Inc., Securities Litigation,
    USDC Southern District of Florida, Civ. No. 99-1684-CV-DAVIS

Kinney v. Metro Global Media, Inc., et al.,
    USDC District of Rhode Island, Civ. No. 99-579-ML

Adair v. Microfield Graphics, et al.,
    USDC Southern District of New York, Civ. No. 00-CV-629

The Great Neck Capital Appreciation Investment Partnership, L.P., et al v. Microtest, Inc., et al,
    USDC District of Arizona, Civ. No. 99-0438

In Re Milestone Scientific Securities Litigation,
    USDC District of New Jersey, Civ. No. 98-3404 ALJ

In Re Miller Industries, Inc. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 1:97-CV-2811-TWT

In Re Mitcham Industries, Inc. Securities Litigation,
    USDC Southern District of Texas, Civ. No. H-98-1244

In re Motorcar parts & Accessories, Inc Securities Litigation,
    USDC Central District of California, Civ. No. 99-CV-7971

In Re N2K, Inc. Securities Litigation,
    2nd Circuit Court of Appeals, No. 99-7745

In Re NAL Financial Group, Inc. Securities Litigation,
    USDC Southern District of Florida, Civ. No. 97-6616-CIV-HURLEY

In Re Nanophase Technologies Corporation Securities Litigation,
    USDC Northern District of Illinois, Civ. No. 98 C 3450

In Re National Auto Credit, Inc. Securities Litigation,
    USDC Northern District of Ohio, Civ. No. 1:98 CV 0264

Stearns v. Navigant Consulting, et al,
    USDC Northern District of Illinois, Civ. No. 99-CV-7617

In Re Neoware Systems, Inc. Securities Litigation,
    USDC Eastern District of Pennsylvania, Civ. No. 98-CV-2582

Beasley v. Netmanage, Inc., et al.,
    USDC Northern District of California, Civ. No. C-98-1794-CRB

Knisley, et al v. Networks Associates, et al.,
    USDC Northern District of California, Civ. No. 99-CV-1729

Mortensen v. Nine West Group, Inc.,
    USDC Southern District of New York, Civ. No. 99 Civ. 1169

In Re The North Face, Inc. Securities Litigation,
    USDC District of Colorado, Civ. No. 99-WM-473

D Colin v. Onyx Acceptance Corp, et al,
    USDC Central District of California, Civ. No. 00-CV-87

In re Orbital Sciences Corp. Securities Litigation,
    USDC Eastern District of Virginia, Civ. No. 99-197-A

In Re Osicom Technologies, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. 99-CV-4321

Ayzenberg v. Pediatrix Medical Group, Inc., et al.,
    USDC Southern District of Florida, Civ. No. 99-6460-CIV-GRAHAM

In Re Peritus Software Services, Inc. Securities Litigation,
    1st Circuit Court of Appeals, No. 99-1743

In Re Petsmart, Inc. Securities Litigation,
    USDC District of Arizona, Civ. No. 2:98 CV 0020 PHX

Cutsforth v. Renschler, et al. (PharMerica Securities Litigation),
    USDC Middle District of Florida, Civ. No. 98-2424-CIV-T-25B

In Re Photran Corp. Securities Litigation,
    USDC District of Minnesota, Civ. No. 97-1138 (ADM/JGL)

In Re Physician Computer Network, Inc. Securities Litigation,
    USDC District of New Jersey, Civ. No. 98-981 (MTB)

In Re Picturetel Corporation Securities Litigation,
    USDC District of Massachusetts, Civ. No. 97-12135-DPW

Giacomo v. Plains all American Pipeline L.P., et al.,
    USDC Southern District of Texas, Civ. No. H-99-4137

In Re Premier Laser Systems, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. 8:98-CV-388-AHS (Eex)

In Re Premiere Technologies, Inc. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 1:98-CV-1804-JOF

In re Protection One, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. 99-03755

Panopoulos v. PSS World Medical, Inc., et al.,
    USDC Middle District of Florida, Civ. No. 3:99-268-Civ-J-21B

In Re Rainforest Café, Inc. Securities Litigation,
    USDC District of Minnesota, Civ. No. 98-CV-74

Tuffly V. Wilde, et al. (Ravisent Technologies, Inc. Securities Litigation),
    USDC Eastern District of Pennsylvania, Civ. No. 00-CV-1929

In Re Republic Services, Inc. Securities Litigation,
    USDC Southern District of Florida, Civ. No. 99-7204-CIV-DIMITROULEAS

In Re Resource America Securities Litigation,
    USDC Eastern District of Pennsylvania, Civ. No. 98-CV-5446

In re Ribozyme Pharmaceuticals, Inc. Securities Litigation,
    USDC District of Colorado, Civ. No. 99-CV-2235

In Re Riscorp, Inc. Securities Litigation,
    USDC Middle District of Florida, Civ. No. 96-2374-CIV-T-23A

In Re S3 Securities Litigation,
    Superior Court of California, County of Santa Clara, Civ. No. CV770003

Stanley, et al. v. Safeskin Corporation, et al.,
    USDC Southern District of California, Civ. No. 99-CV-454

Patel, et al v. Safety Components, et al.,
    USDC District of New Jersey, Civ. No. 00-CV-82

Lyons, et al v. Safety-Kleen Corp, et al.,
    USDC District of South Carolina, Civ. No. 00-CV-996

In Re Samsonite Corp. Securities Litigation,
    USDC District of Colorado, Civ. No. 98-K-1878

Lone Star Ladies Investment Club, et al. v. Schlotzsky's, Inc., et al.,
    USDC Western District of Texas, Civ. No. A-98-CA-550-JN

In re Sirena Apparel Group, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. 99-05973-R (MANx)

In Re Sirrom Capital Corporation Securities Litigation,
    USDC Middle District of Tennessee, Civ. No. 3-98-0643

Stuart L Greenberg, et al v. Skechers USA Inc, et al.,
    USDC Central District of California, Civ. No. 00-CV-1978

In Re Smart Modular Technologies, Inc. Securities Litigation,
    USDC Northern District of California, Civ. No. C-98-20692-JW (PVT)

In re SmarTalk Teleservices, Inc. Securities Litigation,
    USDC Southern District of Ohio, Civ. No. C2:98-814

Emile-Marie, Inc. v. Christie's, Inc., et al.,
    USDC Southern District of New York, Civ. No. 00-CV-2723

In Re Southern Pacific Funding Corporation Securities Litigation,
    USDC District of Oregon, Civ. No. 98-1239-MA

In Re Spectrian Corp. Securities Litigation,
    USDC Northern District of California, Civ. No. C-97-4672-CW

D'Auila v. Starnet Comm Intl, et al.,
    USDC District of Delaware, Civ. No. 99-CV-0793

In Re The Stephan Co. Securities Litigation,
    USDC Southern District of Florida, Civ. No. 99-6434-CIV-DIMITROULEAS

In re Stewart Enterprises, Inc. Securities Litigation,
    USDC Eastern District of Louisiana, Civ. No. 99-CV-2572

Coleman v. Styling Technology, et al,
    USDC District of Arizona, Civ. No. 00-CV-75

In Re Sunbeam Securities Litigation,
    USDC Southern District of Florida, Civ. No. 98-8258-CIV-MIDDLEBROOKS

Biaga, et al. v. Chadsey, et al. (Sunglass Hut Securities Litigation),
    USDC Southern District of Florida, Civ. No. 97-0191-CIV-MOORE

Horwitz v. Sunterra Corp., et al.,
    USDC Middle District of Florida, Civ. No. 6:00cv00285

Wilkes v. Sykes Enterprises, et al.,
    USDC Middle District of Florida, Civ. No. 8:00cv00425

In Re Theragenics Corp. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 1:99-CV-0141 (TWT)

In Re Think New Ideas, Inc. Consolidated Securities Litigation,
    USDC Southern District of New York, Civ. No. 98 Civ. 6809 (SHS)

In Re Triteal Corporation Securities Litigation,
    USDC Southern District of California, Civ. No. 97cv2008-H (CGA)

In Re Turbodyne Technologies, Inc. Securities Litigation,
    USDC Central District of California, Civ. No. CV 2:99-00697 MMM (BQRx)

Becker, et al. v. Tyco International, Inc., et al.,
    USDC Southern District of Florida, Civ. No. 00-8105

Uzelac v. UICI, et al,
    USDC Northern District of Texas, Civ. No. 00-CV-329

Castlerock Management, Ltd, et al. v. Ultralife Batteries, et al.,
    USDC District of New Jersey, Civ No. 98-3619 (MTB)

Meyer v. Unistar Financial Service Corp., et al.,
    USDC Northern District of Texas, Civ. No. 99-CV-1857

Bess v. Upgrade Intl Corp, et al.,
    USDC Western District of Washington, Civ. No. 00-CV-589

Danis v. USN Communications, Inc., et al.,
    USDC Northern District of Illinois, Civ. No. 98-cv-7482

Sikes v. Value America, Inc., et al.,
    USDC Western District of Virginia, Civ. No. 00-CV-4

In re VISA Check/Mastermoney Antitrust Litigation,
    USDC Eastern District of New York, Civ. No. 96-CV-5238 (JG)

Patel v. V-One Corporation, et al.,
    USDC District of Maryland, Civ. No. 00-CV-00469

In Re Wabash National Corporation Securities Litigation,
    USDC Northern District of Indiana, Civ. No. 4:99CV0003 AS

In Re Waste Management, Inc. Securities Litigation,
    USDC Southern District of Texas, Civ. No. 99-CV-2183

Karabedian v. Westbridge Capital Corp.,
    USDC Northern District of Texas, Civ. No. 397CV3087-T

In re Worldport Communications, Inc. Securities Litigation,
    USDC Northern District of Georgia, Civ. No. 99-CV-1817

In Re Zila, Inc. Securities Litigation,
    USDC District of Arizona, Civ. No. 2:99-0115 PHX EHC